IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 76.30.32.13

**ISP:** Comcast Cable
**Physical Location:** Richmond, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/24/2018 10:09:27 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 11/29/2017 11:14:50 | 346A6921ACFA29049D126A536AD905160394771B | Into The Lions Mouth |
| 08/15/2017 07:40:09 | 43C25C1BFF8F8F1758688248BEFD804B2680CB58 | Fit For A Fuck |
| 02/13/2017 17:37:33 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 08/30/2016 00:11:23 | C9114906A034DA7F3F6D59FC2E09F5F3D5DADBCD | Inside Caprice |
| 06/14/2016 23:27:27 | 8053C44D146F01C6BBFB9A7A7A5919E27ADF325F | Sweet Sensations |
| 04/15/2016 01:39:26 | DF7BECA848BF6DB498ECAA1479B9D3B31E99B891 | Nina Needs It Now |
| 02/28/2016 03:41:27 | E46F91CEB92F537915B57593C976995AD9BFE763 | Hot Winter Fox |
| 02/05/2016 21:35:19 | DA36B4456A0D7A9A6184C4402E8BF3FF00A867CD | Luckiest Man Alive |
| 01/28/2016 23:41:05 | 9EA8660347B34F9DE88D7F4CEFEE6C4044F970CE | Four Way In 4K |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

STX239